UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES | Mag. No. 24-MAG-2422 (RFT) |
| v. | **NOTICE OF APPEARANCE** |
| JUSTIN HEATH SMITH,<br>        a/k/a "Austin Wolf,"<br><br>                *Defendant*. | |

**PLEASE TAKE NOTICE** that Michael A. Baldassare, Esq. of Baldassare & Mara, LLC, hereby enters an appearance on behalf of Defendant Justin Heath Smith a/k/a "Austin Wolf", and requests that copies of all papers in this action be served upon the undersigned.

                                                            **BALDASSARE & MARA, LLC**

Dated: July 3, 2024              By:      */s/ Michael A. Baldassare*
                                                     Michael A. Baldassare, Esq.
                                                     305 Broadway, Suite 701
                                                     New York, NY 10007
                                                     T: (973) 200-4066
                                                     F: (973) 556-1071
                                                     E: mbaldassare@mabalaw.com

                                                     *Attorneys for Defendant*
                                                     *Justin Heath Smith*